# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

STEVEN ELLISON,

        *Plaintiff*,

    v.

ANDREW M. SAUL,
Commissioner of Social Security,

        *Defendant.*

No. 20-cv-0579 (DLF/GMH)

## ORDER

Before the Court is the Report and Recommendation of Magistrate Judge G. Michael Harvey, which was filed on December 8, 2020. Dkt. 15. The 14-day period for filing written objections to this Report and Recommendation has now passed, *see* LCvR 72.3(b), and, as of this date, neither party has filed an objection.

Steven Ellison brought this case against the Commissioner of the Social Security Administration challenging the denial of his application for Supplemental Security Income benefits under Title II of the Social Security Act. *See* Dkt. 1. Ellison argued that the decision of the Administrative Law Judge (ALJ) was not supported by substantial evidence and requested reversal of the decision and a judgment that Ellison is entitled to benefits or, in the alternative, remand for a new administrative hearing. *See id.* at 1–2. Magistrate Judge Harvey determined that the ALJ's findings were supported by substantial evidence and that the "ALJ amply addressed Plaintiff's claims." *See* Dkt. 15 at 18, 22. Consequently, Magistrate Judge Harvey recommended that this Court affirm the Social Security Administration's decision. *Id.* at 24.

The Court has reviewed and adopts Magistrate Judge Harvey's thorough and well-reasoned 25-page opinion. Accordingly, upon consideration of the Report and Recommendation, the absence of objections, and the entire record, it is

**ORDERED** that the Report and Recommendation is **ADOPTED** in its entirety. It is further

**ORDERED** that the Plaintiff's Motion for Judgment of Reversal, Dkt. 12, is **DENIED**. It is further

**ORDERED** that the Defendant's Motion for Judgment of Affirmance, Dkt. 13, is **GRANTED**.

December 29, 2020

DABNEY L. FRIEDRICH
United States District Judge

2